RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
TERRY WU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

TERRY WU

           Defendant.

_____/

**CR. MAG 20-71208**

**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DETENTION HEARING**
_____

      Defendant Terry Wu, by and through his counsel of record Randy Sue Pollock, and Assistant United States Attorney Dan Karmel hereby stipulate and request that the detention hearing in this matter presently set for September 3, 2020 be continued to September 4, 2020, at 10:30 a.m.  This request is due to the fact that counsel must appear in Alameda County Superior Court in Dublin.

///
///
///
///
///

Date:   September 1,  2020

_____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
TERRY WU

Date:   September 1, 2020

_____/s/_____
DAN KARMEL
Assistant United States Attorney

SO ORDERED:

September 1, 2020

HON. VIRGINIA DeMARCHI
United States Magistrate Judge

2